UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 13-5340
(C.A. No. 10-00019)

UNITED STATES INTERNATIONAL
BOUNDARY AND WATER COMISSION,                         Appellant,

      v.

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY,                         Appellee.

CONSENT MOTION TO DISMISS APPEAL

Appellant, the United States International Boundary and Water Commission,

moves to dismiss its appeal in this action.   Counsel for appellee, the Public

Employees for Environmental Responsibility, has consented to this motion.   The

parties will each bear their own costs and fees incurred in this appeal.   It is

respectfully submitted that the appeal in this case should, therefore, be dismissed.

RONALD C. MACHEN JR.
United States Attorney

 */s/ R. Craig Lawrence*
R. CRAIG LAWRENCE
Assistant United States Attorney

 */s/ Fred E. Haynes*
FRED E. HAYNES
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2013, the

foregoing motion to dismiss the appeal is being served via the Court's electronic

filing system on:

> Paula N. Dinerstein, Esq.
> Public Employees for
> Environmental Responsibility
> 2000 P Street, N.W.
>   Suite 240
> Washington, D.C. 20036

> /s/ Fred E. Haynes
> FRED E. HAYNES
> Assistant United States Attorney
> 555 Fourth Street, N.W., Room E-4110
> Washington, D.C.   20530
> (202) 252-2550
> fred.haynes@usdoj.gov